IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on April 29, 2005

| UNITED STATES OF AMERICA | ) | Criminal No. |
|---|---|---|
| | ) | |
| v. | ) | GRAND JURY ORIGINAL |
| | ) | |
| **DUANE PHILLIP JONES,** | ) | Ct. 1: 21 U.S.C. § 841(a)(1) |
| also known as Chicken Jones | ) | Possession with intent to |
| | ) | distribute 5 grams or more of |
| Defendant | ) | crack cocaine |
| | ) | |
| | ) | Ct. 2: 18 U.S.C. § 924(c)(1)(A) |
| | ) | Possession of a firearm in |
| | ) | furtherance of a drug trafficking |
| | ) | crime |
| | ) | |
| | ) | Ct. 3: 18 U.S.C. § 922(g)(1) |
| | ) | Possession of a firearm and |
| | ) | ammunition by a person convicted of |
| | ) | a crime punishable by imprisonment |
| | ) | for a term exceeding one year |

**I N D I C T M E N T**

Count 1

(Possession with Intent to Distribute a Controlled Substance)

THE GRAND JURY CHARGES THAT:

On or about August 10, 2006, in the District of Columbia, the defendant, DUANE PHILLIP JONES, did unlawfully, knowingly and intentionally possess with the intent to distribute five (5) grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack cocaine," a Schedule II controlled substance.

(**Possession With Intent to Distribute 5 Grams or More of Crack Cocaine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii)).

<u>Count 2</u>

(Possession of a firearm in furtherance of
a drug trafficking crime)

THE GRAND JURY FURTHER CHARGES THAT:

On or about August 10, 2006, in the District of Columbia, the defendant, DUANE PHILLIP JONES, did unlawfully, knowingly and intentionally possess a firearm, to wit: one .45 caliber handgun, in furtherance of a drug trafficking crime, for which he may be prosecuted in a court of the United States, specifically, the possession with intent to distribute five (5) grams or more of crack cocaine, in violation of Title 21 U.S.C. § 841, as set forth and charged in Count 1 of this indictment, which count is hereby re-alleged and fully incorporated herein by reference.

(**Possession of a Firearm in Furtherance of a Drug Trafficking Crime**, in violation of Title 18, United States Code, Section 924(c)(1)(A)).

Count 3

(Possession of a Firearm and Ammunition by a Convicted Felon)

THE GRAND JURY FURTHER CHARGES THAT:

On August 10, 2006, in the District of Columbia, the defendant, DUANE PHILLIP JONES, after having been convicted of the following felonies:

1. Unlawful Possession of a Firearm and Ammunition by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1), sentenced by the U.S. District Court for the District of Columbia on September 9, 2000, case number 99324988/cr99-000393;

2. Possession with Intent to Distribute Cocaine, in violation of D.C. Code § 48-904.01, sentenced by the Superior Court of the District of Columbia on May 18, 2000, case number 971515982/1997-FEL-004484;

each crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting commerce, a firearm, to wit, a .45 caliber handgun and ammunition.

(**Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1)).

A TRUE BILL:

_____
F O R E P E R S O N

```
        CHUCK ROSENBERG
        United States Attorney


By:     _____
        Morris R. Parker Jr.
        Assistant United States Attorney
        Chief, Major Crimes Unit
        Eastern District of Virginia


By:     _____
        Erik R. Barnett
        Assistant United States Attorney



By:     _____
        Ronald L. Walutes Jr.
        Assistant United States Attorney
```