UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 06-273(CKK) |
| v. ) | |
| DUANE P. JONES ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Undersigned counsel, Carlos J. Vanegas, hereby respectfully moves this Honorable Court, for an order to permit undersigned to withdraw from further representation of defendant, Duane P. Jones.

In support of the Motion undersigned counsel states:

1. Undersigned counsel was assigned to represent Mr. Jones in Crim. Case No. 99-393 (CKK) for a Hearing on a Violation of Supervised Release. The hearing was held on May 19, 2006 before Magistrate Judge Alan Kay. On that date Mr. Jones agreed to the recommendation of Probation Office Kathleen Dunn that he entered a residential treatment program. Both Magistrate Judge Kay and the Court signed an order approving Probation Officer's Dunn's request.

2. On August 16, 2006 Mr. Jones appeared in Magistrate Court for his initial appearance pursuant to a warrant for his arrest issued by the Court. The warrant was based on new criminal conduct in which Mr. Jones was charged with homicide in the Superior Court for the District of Columbia. Separately, Mr. Jones has been indicted and is before the Court

charged with narcotics and firearms offenses.

3. On October 27, 2006 Mr. Jones appeared before the Court for a Status Conference. During the hearing Mr. Jones informed the Court that he wanted a new lawyer to represent him. The Court suggested that undersigned counsel meet with Mr. Jones and discuss his request. The Court indicated that it would consider Mr. Jones's request only after undersigned counsel met with him.

4. On Wednesday, November 1, 2006 undersigned counsel met with Mr. Jones at the Central Detention Facility. Mr. Jones was adamant in informing undersigned counsel that he wanted a new a lawyer and that a motion be filed on his behalf for the appointment of new counsel.

WHEREFORE, undersigned counsel respectfully requests that the Court grant the Motion allowing undersigned counsel to withdraw from further representation of Mr. Duane Jones.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
202-208-7500