UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 06-273 (CKK) |
| v. ) | |
| DUANE P. JONES ) | |

ORDER

Upon consideration of Assistant Federal Defender Carlos J. Vanegas', Motion to Withdraw as counsel for Duane P. Jones, it is this the __20th__ day of __November__, 2006, hereby

ORDERED, that the Motion to Withdraw is Granted;

SO ORDERED

11/20/06
DATE

COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Erik Barnet, Assistant United States Attorney
Ron Walutes, Assistant United States Attorney
United States Attorney for the Eastern District of Virginia
United States Department of Justice
2100 Jamieson Avenue,
Alexandria, Virginia 22314