UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 1:06cr273 (CKK) |
| ) | |
| v. ) | Trial Date: January 22, 2007 |
| ) | |
| DUANE JONES ) | |
|    also known as Chicken Jones ) | |

INFORMATION WITH RESPECT TO PRIOR CONVICTION

COMES NOW the United States of America, by and through its attorneys, CHUCK ROSENBERG, United States Attorney for the Eastern District of Virginia, and Erik R. Barnett and Ronald L. Walutes, Special Assistant United States Attorneys, and files this information pursuant to 21 U.S.C. § 851 and § 841(b)(1)(A). At sentencing, the government will rely upon the attached prior convictions of the defendant which reflect that the defendant was convicted on May 18, 2000, in the Superior Court of the District of Columbia in United States v. Duane Jones, Case Number F-4484-97/PDID No. 459896, of Possession with Intent to Distribute Cocaine.

                                  Respectfully submitted,

                                  CHUCK ROSENBERG
                                United States Attorney

By:   /S/_____
        Erik R. Barnett
        Ronald L. Walutes
        Special Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 6, 2006, a true and accurate copy of the Information with Respect to Prior Conviction and the attachment were sent via regular mail to:

Shawn Moore, Esq.
Assistant Federal Public Defender
625 Indiana Avenue, N.W., #550
Washington, D.C. 20004

    /S/
Erik R. Barnett
Special Assistant U.S. Attorney