F7 4844 97

THE UNITED STATES
Versus
DUANE P. JONES

USA-69 (JUN 85)

INDICTMENT FILED: JUN 18 1997
GRAND JURY NO. J 63879
ASSIGNED TO: Cal. IX
ARRAIGNMENT SET: JUL 9 1997

Superior Court of the District of Columbia
CRIMINAL DIVISION
FELONY

| | | | |
|---|---|---|---|
| No Papers Count(s) ___ | **Court File Date** 5/3/97 | **LOCK UP** L-03 | PDID 459896 <br> DOB 8/9/74 <br> CCR 892 913 |
| Charges Filed: 1 | ☐ CITATION  ☐ BOND  ☐ Collateral $ ___ Page ___ | | |
| Felony: 4 | **DEFENSE COUNSEL** ☐ PRO SE | **CODE**  S C A R  **DATE WITHDRAWN** | |
| Misdemeanor ___ | 1. ___ | ☐ ☐ ☐ ☐ ___ | |
| Traffic ___ | 2. ___ | ☐ ☐ ☐ ☐ ___ | |
| C. ___ | | | |

Charges:
- A (Murder)
- B (PWID) (circled)
- C
- D
- E
- F
- G
- H
- I

PROSECUTOR: 1. ___  2. ___
ASSIGNED TO JUDGE: J. Washington
Cal. Number: IX

☐ Defendant informed of rights pursuant to Superior Court Rule 5(b) including the right to counsel.
☐ LINEUP ORDER FILED
☐ Sworn Statement Filed Rule 5(c) Determination ☐ Made ☐ Waived

Count(s): 4   PLEA: ☐ Not Guilty  ☐ Guilty, JUDGMENT Guilty

**CONTINUED DATE** | **BOND CONDITIONS**
PREL. HEARING ___ | BOND AMOUNT $ ___
STATUS HEARING ___ | ☐ CASH ___ % ☐ SURETY
JURY TRIAL ___ | ☐ PERSONAL RECOGNIZANCE
NON-JURY ___ | ☐ Third Party Custodian
 | ☐ Collateral Remains

**PROBATION**
☐ DOMESTIC VIOL.
☐ 163 FILED

Sentence Date: 3-11-98
Report Due Date: 3-9-98
Date Jacket Ready For Probation: 3/13/98
Date Received in Probation: 3/17/98
By: ___
Date Jacket Returned to Crim. Div.: ___

**Diversion**
Date Admitted ___

☐ Defendant Advised of Penalties for Failure to Appear.

322 (B)(1)(A) 4 counts

Count(s) ___ Nolle Prosequi  Prosecutor: ___

COURT REPORTER ___  TAPE ☐  CLERK ___  JUDGE/COMM. ___

☐ NEW COMMITMENT  ☐ BACK TO JAIL O.C.  ☐ RELEASE EXECUTED  ☐ NOT IN CUSTODY

**DISPOSED** | **PENDING**
CLOSED | CONT. PAY | Show Cause | B/W | Status | Jury | Non-Jury | Sent. | Others | Updated By

DATE: 3-11-98   **FINAL DISPOSITION ONLY**

As to Count "B"
Not Less than 3 years not more than 9 years, ESS.
2 years Supervised Probation. Complete the Urban Services
Seek employment

Count(s) ___ Nolle Prosequi  Prosecutor: ___

COURT REPORTER ___  TAPE ☐  CLERK ___  JUDGE/COMM. ___
213  SC  Richter

☐ NEW COMMITMENT EXECUTED  ☐ BACK TO JAIL O.C.  ☒ RELEASE EXECUTED  ☐ NOT IN CUSTODY



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
District of Columbia

vs.

Duane Jones

Case No. F4484-97
PDID No. 459 89C

**PROBATION REVOKED**

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☒ Guilty, to the Charge(s) of

1) Possession with Intent to Distribute Cocaine

and having been found guilty by ☐ Jury ☒ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to

1) Twenty Months to Five Years

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed.
☐ MANDATORY MINIMUM term does not apply.
☒ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.
☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803[b] of the D.C. Code [Youth Rehabilitation Act 1985].
☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:
  ☐ Observe the general conditions of probation listed on the back of this order.
  ☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.
  ☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows: _____

☐ Restitution of $_____ in monthly installments of $_____ beginning _____ (see reverse side for payment instructions). The Court will distribute monies to _____

☐ _____

Costs in the aggregate amount of $100.00 have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☐ have not been paid.

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve as the commitment/order for the defendant.

5-18-2000
Date

Certification by Clerk pursuant to Criminal Rule 32(d).

5-18-2000
Date

Judge

Deputy Clerk

A TRUE COPY
TEST: 12/5/06
Clerk, Superior Court of the District of Columbia
By _____
Deputy Clerk

Form CD(18)-1040/Aug. 87