IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Cr. No. 06-273-01 (CKK) |
| | : |
| **DUANE PHILLIP JONES,** | : |
| | : |
| | : |
| Defendant. | : |

**NOTICE OF CHANGE IN COUNSEL FROM THE OFFICE OF THE
FEDERAL PUBLIC DEFENDER FOR DEFENDANT**

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Shawm Moore has assumed responsibility for the defense of Duane Phillip Jones in the above-captioned case. Mr. Jones's case had previously been assigned to Assistant Federal Public Defender Tony Axam.

Respectfully submitted,

/s/
Shwan Mooren
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500