IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) Cr. No. 06-0273 |
| V. | ) |
| | ) |
| **DUANE JONES** | ) |

### ORDER

Counsel having moved for the suppression of a statement, and good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED**. This the       day of                   , 2007.


_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA