UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 1:06–cr-00273 (CKK) |
| | : | |
| **DUANE PHILLIP JONES,** | : | Trial Date: 1/22/07 |
| also known as Chicken Jones | : | |
| | : | |
| **Defendant.** | : | |

<u>RULE 16(a)(1)(G) NOTICE</u>

COMES NOW the United States of America, by its attorneys Chuck Rosenberg, United States Attorney for the Eastern District of Virginia, and the undersigned Assistant United States Attorneys, and provides the following written summary of testimony the government intends to use under Rules 702, 703, and 705 of the Federal Rules of Evidence during its case at chief at trial:

1. Lanette Allison, will testify--

(a) that she has been formally trained as forensic chemist and so employed as detailed in her attached curriculum vitae.

(b) that she performed an examination of narcotics taken from the defendant and came to certain conclusions, including, but not limited to, that the narcotics contained cocaine base. Her report of November 2, 2006 are attached to this notice and were previously provided to counsel for the defendant on December 7, 2006.

2. The bases and reasons for her opinion are his education, training, and experience and a personal examination of the evidence listed in her attached report.

3. Ms. Allison's qualifications are set forth in her curriculum vitae which is attached.

        Respectfully submitted,

        CHUCK ROSENBERG
        UNITED STATES ATTORNEY


By: ____/S/_____
        Erik R. Barnett
        Ronald L. Walutes
        Assistant United States Attorneys