

**U.S. Department of Justice**

**Drug Enforcement Administration**

# LABORATORY REPORT

TO: Metropolitan Police Department         CASE NUMBER: 109-288

FROM: Mid-Atlantic Laboratory
      Largo, Maryland

| Exh. No. | Lab. No. | Active Drug Ingredient (Established or Common Name) | Gross Weight | Net Weight | Conc. or Purity | Amount of Actual Drug | Reserve Weight |
|---|---|---|---|---|---|---|---|
| 1.01 | KY634 | Cocaine Base | 50.3g | 2.4g | 55% | 1.3g | 1.5g |
| 1.02 | KY634 | Cocaine Base | n/a | 3.1g | 55% | 1.7g | 2.5g |
| 1.03 | KY634 | Cocaine Base | n/a | 12.6g | 50% | 6.3g | 11.8g |

**Remarks:**
Gross weight includes all packaging materials and evidence envelope.

**Certification of Compliance Pursuant to D.C. Code § 48-905.06 (2001)**

I attest and certify that I am a trained chemist employed by the United States Department of Justice, Drug Enforcement Administration, that I am charged with an official duty to perform analyses of suspected controlled substances, and that I have legal custody of this report.

All suspected controlled substance containers received by Drug Enforcement Administration chemists bear unique Drug Enforcement Administration laboratory numbers. When I received the container(s) bearing the laboratory number(s) set out above, I inspected the container(s) and verified that a sealed condition existed and then properly analyzed the contents for the presence of controlled substances by methods which are reliable and relevant to the identification of a controlled substance which includes procedures generally accepted in the forensic science community. These methods employed chemical reagents and/or analytical instruments which were free of contamination and were operating properly.

The analyses that I conducted were accomplished while safeguarding the chain of custody of the substances being analyzed. The results of my analyses are accurately set forth on this official report. After I completed my analyses, I placed the original container(s) and contents (except for the substance(s) consumed or those removed for other purposes) into a separate container which I then sealed in such a manner that any tampering would be readily evident. In the case of evidence submitted by the **Metropolitan Police for the District of Columbia (MPDC)**, the officially sealed container bearing the above laboratory number(s) was returned to the evidence vault maintained by the MPDC for proper storage.

Analyzed By: _Lanette M. Allison, Forensic Chemist_         Date: _11/2/2006_
             (Signature, Printed Name, Title)

            Original Signed by:                    Official DEA Seal
            Laboratory Director
Approved By: James V. Malone, Laboratory Director            Date: _____
             (Signature, Printed Name, Title)

Form LS-05-010 (July 2005)                                   Page 1 of 1