# LANETTE M. ALLISON

*Mid-Atlantic Laboratory*
*1440 McCormick Drive*
*Largo, MD 20774*
*(301)583-3257*

## EMPLOYMENT

### DRUG ENFORCEMENT ADMINISTRATION

*Forensic Chemist, Mid-Atlantic Laboratory, Largo, MD – June 2005-Present*
Responsibilities includes: analyze physical evidence; maintain the chain of custody; utilize and maintain analytical instrumentation; write reports; complete DEA paperwork; maintain case files; provide expert witness testimony in courts of law; and assist in clandestine laboratory seizures and trace evidence collection.

*Forensic Chemist, HIDTA Satellite Laboratory, San Juan, PR – December 2001-June 2005*
Responsibilities includes: analyze physical evidence; maintain the chain of custody; perform evidence technician duties; purchase card holder duties, utilize and maintain analytical instrumentation; write reports; complete DEA paperwork; maintain case files; provide expert witness testimony in courts of law; and assist in clandestine laboratory seizures and trace evidence collection.

*Forensic Chemist, Southwest Laboratory, National City, CA–March 2000–Dec. 2001*
Responsibilities included: analysis of physical evidence; maintain the chain of custody; utilize and maintain analytical instrumentation; write reports, complete DEA paperwork; provide expert witness testimony in courts of law; and assist in clandestine laboratory seizures and trace evidence collection.

### CELERA GENOMICS, INC

*Laboratory Technician, Rockville, MD – May 1999 – March 2000*
Responsibilities included: operation, troubleshooting, maintenance and service of ABI Prism 3700 DNA Sequencer; sequencing of Drosophila DNA and Human DNA samples; training of new personnel on instrumentation and techniques/procedures; preparation of reaction plates; and creating/testing manufacturing standards of operation (MSOP).

### FAIRFAX IDENTITY LABORATORIES

*DNA Laboratory Technician, Fairfax, VA – June 1998 – May1999*
Responsibilities included: aliquoting blood samples, DNA extraction (organically, inorganically, buccal swabs); quantitation and digestion of DNA; made agarose gels for electrophoresis; strip southern blots of hybridization probes; washing of southern blots; autoradiography; use of DNAview software to size DNA bands; and review case files.

## EDUCATION

### JACKSON STATE UNIVERSITY
*Bachelors of Science in Chemistry, May 1997*

## TRAINING AND CONTINUING EDUCATION

### AGILENT
Techniques of Modern LC, August 15-18, 2006
5973 GC-MSD Troubleshooting and Maintenance, August 26-28, 2003
Introduction to Mass Spectral Interpretation, August 8-10, 2001

### DRUG ENFORCEMENT ADMINISTRATION
Financial Management Workshop, Washington, DC December 6-8, 2005
Administrative Support Staff Training Conference, Miami, FL June 4-5, 2003
In-Laboratory Training, Southwest Laboratory, March 2000-February 2001
Clandestine Laboratory Certification School, Quantico, VA, July 10-14, 2000
Basic Forensic Chemist School, Quantico, VA July 17 – August 11, 2000

### SMITH DETECTION
HazMatID Command Center Training Course, San Juan, PR November 30, 2004

## TESTIMONY LOCATIONS

### FEDERAL COURT
St. Thomas USVI
St. Croix USVI
San Juan, PR
Norfolk, VA
Washington, DC

## TYPES OF SAMPLES ANALYZED

Over 1000 including but not limited to: heroin, marijuana, cocaine, steroids, pharmaceuticals, methamphetamine, amphetamine, LSD, Phencyclidine and oxycodone.