UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: 1:06–cr-00273 (CKK) |
| | : | |
| **DUANE PHILLIP JONES,** | : | Trial Date: 1/22/07 |
| also known as Chicken Jones | : | |
| | : | |
| **Defendant.** | : | |

<u>RULE 16(a)(1)(G) NOTICE</u>

COMES NOW the United States of America, by its attorneys Chuck Rosenberg, United States Attorney for the Eastern District of Virginia, and the undersigned Assistant United States Attorneys, and provides the following written summary of testimony the government intends to use under Rules 702, 703, and 705 of the Federal Rules of Evidence during its case at chief at trial:

1. Michael Mulderig, will testify--

   (a) that he has been formally trained as firearms examiner and so employed as detailed in his attached curriculum vitae.

   (b) that he performed an examination of a firearm taken from the defendant as well as ammunition and a magazine contained in that firearm and came to certain conclusions, including, but not limited to, that the firearm and ammunition were not manufactured in the District of Columbia. His report of December 14, 2006 are attached to this notice.

   2. The bases and reasons for his opinion are his education, training, and experience and a personal examination of the evidence listed in his attached reports.

3. Mr. Mulderig's qualifications are set forth in his curriculum vitae which is attached.

                               Respectfully submitted,

                               CHUCK ROSENBERG
                               UNITED STATES ATTORNEY


By: ____/S/_____
      Erik R. Barnett
      Ronald L. Walutes
      Assistant United States Attorneys