

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
## METROPOLITAN POLICE DEPARTMENT

December 14, 2006

| | | | |
|---|---|---|---|
| TO: | Commander | FES | #06-01738/MM |
| | Office of the Superintendent of Detectives | FES | #06-02222/MM |
| | | CSIB | #06-7081 |
| | | CCN | #085-453 |

ATTENTION:   First District
             Technician Gerald Wills
             Crime Scene Investigations Branch

RE:          Darnell Lawrence Carter
             Decedent – Homicide

TYPE OF EXAM:   Firearms

The following items of evidence were personally delivered on June 30, 2006 by Technician Alfred P. Holmes.

| | | |
|---|---|---|
| Items | #1 - #5 | five (5) cartridge cases |
| Item | #6 | one (1) bullet jacket |
| Item | #7 | one (1) cartridge case |
| Item | #8a | four (4) fragments |
| Items | #9 - #9a | two (2) bullet jacket fragments |
| Items | #10 - #15 | six (6) cartridge cases |
| Item | #16 | one (1) cartridge |
| Item | #17 | one (1) cartridge case |
| Item | #20 | one (1) cartridge case |
| Item | #21 | one (1) bullet |
| Item | #22 | one (1) fragment |
| Item | #44 | six (6) fragments |
| Item | #45 | one (1) bullet |
| Items | #45a - #45d | four (4) fragments |
| Item | #46 | one (1) bullet jacket |
| Item | #46a | six (6) fragments |
| Item | #47 | three (3) fragments |
| Item | #48 | one (1) fragment |
| Item | #49 | one (1) fragment |

Note: Items #9a, #45a thru #45d and #46 were designated as such by the writer.

The following items of evidence were personally delivered on August 18, 2006 by Technician Alfred P. Holmes and processed under FES 06-02222/MM.

| | | |
|---|---|---|
| Item | #58 | one (1) pistol |
| Item | #59 | one (1) cartridge |

FES  #06-01738/MM
CCN  #085-453
Page #2

Item  #60        one (1) magazine
Item  #61        twelve (12) cartridges

RESULTS OF EXAMINATION:

Item #58 is a Ruger caliber 45 Auto semi-automatic pistol, model P90, serial number 662-28293. This firearm was found to be in normal operating condition.

Items #1, #15, #17 and #20 are four (4) caliber .40S&W cartridge cases, CBC and Federal brands, that were identified as having been fired in the same firearm.

Items #2, #3, #4, #5, #7, #10, #11, #12, #13 and #14 are ten (10) caliber .40S&W cartridge cases, Winchester and Federal brands, that were identified as having been fired in the same second firearm.

Items #9 and #9a are two (2) copper bullet jacket fragments. The degree of mutilation prevents further identification.

Item #16 is a caliber .38 Super Auto cartridge, Winchester brand that has a light strike on the primer. Due to a difference in markings this cartridge was identified as having *not* been struck by the same firing pin as Items #1, #15, #17, #20 or #2 - #5, #7 and #10 - #14.

Items #6, #45 and #46 are two (2) caliber .40S&W / 10mm copper bullet jackets and one (1) caliber .40 S&W / 10 mm copper jacketed bullet that were identified as having been fired from a barrel(s) with six (6) polygonal rifling, right twist. The degree of mutilation prevents further identification.

Item #21 is a caliber 10mm or .40S&W copper jacketed bullet that was identified as having been fired from a barrel rifled with five (5) grooves, right twist. Firearms that produce similar rifling impressions include but are not limited to caliber 10mm pistols marketed by Smith & Wesson.

Items #8a, #22, #44, #45a through #45d, #46a, #47, #48 and #49 are twenty-six (26) metal fragments that have no identifiable characteristics.

Items #59 and #61 are thirteen (13) caliber .45 Auto cartridges, Winchester, Federal and Sellior & Bellot brands.

Item #60 is a caliber .45 Auto magazine with a capacity of fifteen (15) cartridges that fits and functions in the Item #58 pistol.

FES  #06-01738/MM
CCN  #085-453
Page  #3

Please arrange to have a member of your unit pick up the evidence which is being held in the Firearms Examination Section.

*Michael Mulderig*

Officer Michael Mulderig
Firearms Examiner