Officer Michael Mulderig
Firearms Examiner

METROPOLITAN POLICE DEPARTMENT
300 Indiana Ave. NW Room 1064
Washington, D.C. 20001
(202) 727-3018

EDUCATION:

Elementary School through High School
Vocational Education in Machining, Arc Welding, Tool and Dye making process and Auto
Mechanics

SPECIALIZED TRAINING RECEIVED:

| | |
|---|---|
| Glock Armorer's Course<br>Glock Inc. | 10/04 |
| Gunshot Residue Training<br>Federal Bureau of Investigation<br>West Palm Beach, Florida | 2/04 |
| Certified in Firearms Examination and Identification<br>Association of Firearms and Toolmark Examiners (AFTE) | 12/03 |
| Association of Firearms and Toolmark Examiners National Training Conference | 5/03 |
| Provisional Membership of Association of Firearms and Toolmark<br>Examiners Association (AFTE) | 9/02 |
| Benelli Shotgun Armorer Course<br>National Rifle Association (NRA) | 7/02 |
| Integrated Ballistics Identification System (IBIS) updated training | 6/02 |
| Federal, Starline and Precision Ammunition Manufacturing Plants.<br>Professional tour and observation of all calibers of ammunition manufactured,<br>packaged and shipped by Federal, Starline and Precision. | 11/01 |
| Glock Armorer Course<br>Metropolitan Police Department | 10/01 |
| Shooting Scene Reconstruction<br>Metropolitan Police Department | 8/01 |
| Blood Stain Analysis<br>Metropolitan Police Department | 7/01 |

2

| | |
|---|---|
| Forensic Science and Crime Scene Technology Seminar<br>Washington DC Convention Center | 5/01 |
| Firearm Ejection Port Pattern Analysis<br>Metropolitan Police Department | 3/00 |
| Professional in depth tour of firearms manufacturing plants<br>Detailed observation of how firearms are manufactured | 9/99 |
| Association of Firearms and Toolmark Examiners National Training Conference | 7/99 |
| Trajectory Analysis Training, Lorton, Virginia<br>Metropolitan Police Department | 6/99 |
| Remington-Peters and Winchester Ammunition Manufacturing Plants.<br>Professional tour and observation of all calibers of ammunition manufactured,<br>packaged and shipped by Remington-Peters and Winchester. | 5/99 |
| Professional tour and explanation of Bunter Tools and how their stampings<br>are placed on all calibers of ammunition manufactured by Winchester and<br>Remington-Peters ammunition companies | 5/99 |
| Crime Scene Search Training, Crime Scene Examination Section,<br>Metropolitan Police Department | 4/98 |
| Beretta Armorer Course<br>Beretta USA manufacturing plant,  Accoceek, MD. | 4/97 |
| Communications for the Expert Witness | 4/97 |
| Metropolitan Police Department Firearms Examiner Training<br>Metropolitan Police Department | 11/95 - 6/97 |
| Eastern Regional Training Conference for Firearms and Toolmark Examiners<br>Richmond, Virginia | 10/97 |
| Serial Number Restoration, Bureau of Alcohol, Tobacco and Firearms<br>Rockville, Maryland | 12/96 |
| Eastern Regional Training Conference for Firearms and Toolmark Examiners<br>Richmond, Virginia | 11/96 |
| Crime Scene Reconstruction Seminar<br>Federal Bureau of Investigation Academy, Quantico, Virginia | 9/96 |

3

| | |
|---|---|
| Sig Arms Armorer Course<br>Sig Arms Manufacturing Plant,  Exeter, New Hampshire | 9/96 |
| Firearms Identification Procedures, Bureau of Alcohol, Tobacco and Firearms<br>Washington, DC | 6/96 |
| Integrated Ballistic Identification System Training<br>Bureau of Alcohol, Tobacco and Firearms, Rockville, Maryland | 6/96 |
| Beretta Firearms Manufacturing Tour<br>Beretta USA.  Accokeek, Maryland. | 4/96 |
| Firearms and Toolmark Examinations, Federal Bureau of Investigations<br>Firearms and Toolmark Unit, Washington, DC | 4/96 |
| Ruger Armorer Course<br>Federal Bureau of Investigation Headquarters, Washington, DC | 3/96 |
| Firearms and Toolmark Examinations, Northern Virginia State Crime Lab<br>Virginia Division of Forensic Science, Fairfax, Virginia | 3/96 |
| Drugfire Computer Imaging System, Mnemonics Incorporated<br>Washington, DC | 12/95 |
| Firearms Familiarization Course<br>Metropolitan Police Department | 12/95 |
| Glock Pistols Familiarization Course<br>Metropolitan Police Department | 1989 |

## FORENSIC LABORATORIES AND OTHER INSTITUTIONS VISITED FOR TRAINING AND LIAISON:

| | |
|---|---|
| West Palm Beach County Sheriffs Office<br>Firearms and Toolmark Unit | West Palm Beach, Florida |
| Federal Bureau of Investigations, Firearms and Toolmark Unit | Washington, DC |
| Bureau of Alcohol, Tobacco and Firearms Technology Branch | Washington, DC |
| Smithsonian Institution, National Museum of American History | Washington, DC |
| Bureau of Alcohol, Tobacco and Firearms National Laboratory | Rockville, MD |
| Northern Virginia State Crime Laboratory | Fairfax, VA |

4

| | |
|---|---|
| Prince Georges County Firearms and Toolmark Unit | Prince Georges County, MD |
| Illinois State Police Crime Laboratory | Springfield, IL |
| National Rifle Association | Fairfax, VA |

## COURT QUALIFIED AS EXPERT WITTNESS:

| | |
|---|---|
| District of Columbia Superior Court | Washington DC |
| United States District Court | Greenbelt, Maryland |
| United States District Court | Washington DC |

## PROFFESSIONAL EXPERIENCE:

| | |
|---|---|
| Firearms Examination Section<br>Metropolitan Police Department | Present |
| Fourth Police District | 1995 |
| Field Inspections Division, Crime Reporting Branch | 1992 |
| Classroom instructor<br>Maurice T. Turner Institute of Police Science | 1989 |
| Metropolitan Police Warrant Squad | 1987 |
| Third Police District | 1982 |

## PROFESSIONAL TRAINING RECEIVED:

| | |
|---|---|
| Annual In Service Training<br>WALES / NCIC | Metropolitan Police Department |
| Customer Service Training | Center for Workforce Development |
| Bi-Annual Glock Pistol Recertification | Metropolitan Police Department |
| Shotgun Certification | Metropolitan Police Department |
| Use of Computer Automated Tracking System of Property and Evidence | Metropolitan Police Department |

5

| | |
|---|---|
| Domestic Violence and Disturbance Training | Metropolitan Police Department |
| Diversity Awareness and Sensitivity Training | Metropolitan Police Department |
| Crisis Intervention Training | Metropolitan Police Department |
| Traffic Accident Investigation and Certification | Metropolitan Police Department |
| Taser Certification | Metropolitan Police Department |
| Instructor Development Training | University of the District of Columbia |
| Ethics, Leadership and Deaf Awareness Training | Metropolitan Police Department |

LECTURES:

Eastern Regional Training Conference for Firearms and Toolmark Examiners

Crime Scene Search School

Maurice T. Turner Institute of Police Science

Assistant United States Attorneys Office

Public Defender Services

Metropolitan police Department Specialized Units

Revised:
July 27, 2006
MM