UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.: 1:06–cr-00273 (CKK)** |
| | : | |
| **DUANE PHILLIP JONES,** | : | Trial Date: 1/22/07 |
| also known as Chicken Jones | : | |
| | : | |
| **Defendant.** | : | |

RULE 16(a)(1)(G) NOTICE

COMES NOW the United States of America, by its attorneys Chuck Rosenberg, United States Attorney for the Eastern District of Virginia, and the undersigned Assistant United States Attorneys, and provides the following written summary of testimony the government intends to use under Rules 702, 703, and 705 of the Federal Rules of Evidence during its case at chief at trial:

1. John Brennan or Anthony Washington will testify as an expert concerning the ways, manners and means of illegal narcotics trafficking in the metropolitan Washington, D.C. region. A curriculum vitae of the expert will be submitted at a later date.

Based on experience and specialized training, the expert witness has become familiar with the methods and techniques associated with the distribution of narcotics. The witness has extensive experience with the packaging of illegal narcotics, the pricing of illegal narcotics, and the role of guns in the illegal drug trafficking business. Among other things, it is anticipated that the witness will offer an opinions in this case on the relevance of baggies, sometimes known as "zips" and the relevance to drug dealing of individual packaging. He will offer an opinion on the drug prices and quantities of this case, and their relevance to being more consistent with distribution than personal use. Further, the witness will offer an opinion that firearms are common in the drug trade for

personal protection and for enforcement purposes. The foregoing is the substance of the witness's anticipated testimony, but his anticipated testimony is not limited to these forgoing opinions.

        Respectfully submitted,

        CHUCK ROSENBERG
        UNITED STATES ATTORNEY

By: \_\_\_\_/S/_____
     Erik R. Barnett
     Ronald L. Walutes
     Assistant United States Attorneys