**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) Cr. No. 06 -0273 (CKK) |
| V. | ) |
| | ) |
| **DUANE JONES** | ) |
| | ) |

**PROPOSED *VOIR DIRE* QUESTIONS**

Defendant Duane Jones, through counsel, respectfully submits the following proposed *voir dire* questions:

1. The charged offenses are alleged to have occurred in the Clay Terrace/Dix Street, NE, area of Washington, DC. Does any member of the jury live or work in that area?

2. The defendant in this case is Duane Jones. Do any of you recognize or think that you know Mr. Jones?

3. Mr. Jones is represented by attorney Shawn Moore. Do any of you recognize or think that you know Mr. Moore?

4. Persons who have been charged with crimes are presumed to be innocent. This presumption continues through the trial unless and until the government proves him guilty beyond a reasonable doubt. Would any of you have difficulty in adhering to this principle?

5. The burden of proof in a criminal case is on the government; the law does not require a defendant to offer any evidence or take the stand and testify in his own behalf. Do any of you believe that a defendant must testify or present evidence before you could find him not guilty?

6. In this case Mr. Jones is charged, with the criminal possession of a firearm and drugs. Do any of you have such strong feelings about guns and/or drugs that you would find it difficult to

be fair?

7. You will hear that Mr. Jones has previously been convicted of an offense punishable by imprisonment for a year or more. Would that knowledge make it difficult for you to be fair to him?

8. Do any of you belong, or have you belonged, to any neighborhood anti-crime organization such as the Orange Hats or Neighborhood Watch?

9. Does any member of the jury panel know any of the other members of the jury panel?

10 Have any members of the panel served previously on a grand jury or trial jury? Was there anything that occurred during that service, particularly as a trial juror, that would make it difficult for you to be fair in this case?

11. Have any of you or your close friends or relatives had any had any legal training? For those of you who respond yes, has the training been in criminal law, either from the prosecution side or from the defense side?

12. For those of you who have close friends or relatives who are attorneys, do you talk to them about their cases?

13. Are you or any close friends or relatives employed by any law enforcement agency, including, for example, a police department, FBI, sheriff's department, CIA, Department of Justice, Marshal's Service, or the like? If so, would that fact affect your ability to be fair in this case?

14. Do any of you belong to or contribute to any organization which takes a position on handgun possession or control, such as the NRA (National Rifle Association), or Handgun Control?

15. There will be testimony from police officers in this case. Would any of you tend to believe or disbelieve their testimony simply because he or she is a police officer?

16. Have any of you or your close friends or relatives been the victim of, a witness to, or charged with a crime during the last ten years?

17. Do any of you have any health problems which would interfere with your ability to sit as a juror in this case?

18. We expect the evidence in this case to be presented in two to three days. After the close of the evidence the jury will deliberate until it has reached a decision. Is there any compelling reason why you would not be able to sit as a juror for this period of time?

Respectfully submitted,

A.J. Kramer

Federal Public Defender

_____/s/_____
Shawn Moore
Assistant Federal Public Defender
Attorney for Duane Jones
DC Bar #214171
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004
202/208-7500
Fax/208-7515 or 501-3829

Case 1:06-cr-00273-CKK     Document 17     Filed 01/09/2007     Page 4 of 4