IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) Cr. No. 06-0273 |
| V. | ) |
| | ) |
| **DUANE JONES** | ) |

**PARTIES JOINT SUBMISSION RE *VOIR DIRE*** 

The government and the defense agree that all of the Court's standard *voir dire* questions are appropriate in this matter. Additionally, both parties agree that the following additional *voir dire* questions are appropriate:

31. You will hear that Mr. Jones has previously been convicted of an offense punishable by imprisonment for a year or more. Would that knowledge make it difficult for you to be fair to him?

32. Do any of you belong to or contribute to any organization which takes a position on handgun possession or control, such as the NRA (National Rifle Association), or Handgun Control?

Respectfully submitted,

CHUCK ROSENBERG                         A.J. KRAMER
UNITED STATES ATTORNEY                  FEDERAL PUBLIC DEFENDER
Eastern District of Virginia


By: _____/s/_____       By: _____/s/_____
Erik R. Barnett                         Shawn Moore
Ronald L. Walutes                       Assistant Federal Public Defender

| | |
|---|---|
| Assistant United States Attorneys | Attorney for Duane Jones |
| | DC Bar #214171 |
| | 625 Indiana Avenue, NW |
| | Suite 550 |
| | Washington, DC 20004 |
| | 202/208-7500 |
| | Fax/208-7515 or 501-3829 |