UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:06cr273 (CKK) |
| | ) | |
| v. | ) | Trial Date: January 22, 2007 |
| | ) | |
| DUANE JONES | ) | |
|     also known as Chicken Jones | ) | |

<u>Proposed Joint Statement of the Case</u>

COMES NOW the United States of America, by and through its attorneys, CHUCK ROSENBERG, United States Attorney for the Eastern District of Virginia, and Erik R. Barnett and Ronald L. Walutes, Special Assistant United States Attorneys, and the defendant, Duane Jones, by and through his attorney, Shawn Moore, and hereby proposes the following Joint Statement of the Case:

The Government alleges that on August 10, 2006, the defendant, Duane Jones, of 9007 Contee Road, Laurel, Maryland was arrested on a court order in the Clay Terrace/Dix Street N.E. neighborhood of the District of Columbia and that on that date, Mr. Jones was in possession of five grams or more of crack cocaine with the intent to distribute it, and in possession of a firearm in furtherance of drug trafficking and after Mr. Jones had been previously convicted of a crime punishable by imprisonment for one year or more.

                            Respectfully submitted,

CHUCK ROSENBERG                                                           DUANE JONES
UNITED STATES ATTORNEY

By: _____                         By: _____
     Erik R. Barnett                                              Shawn Moore
     Ronald L. Walutes                                    Counsel for Defendant
     Assistant United States Attorneys