UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:06cr273 (CKK) |
| | ) | |
| v. | ) | Trial Date: January 22, 2007 |
| | ) | |
| DUANE JONES | ) | |
|    also known as Chicken Jones | ) | |

GOVERNMENT'S PROPOSED JURY INSTRUCTION AND VERDICT FORM

     The Government respectfully proposes the attached jury instruction for Count Two of the indictment as requested by the Court. The Redbook does not have a form instruction for this offense, however, case law and another jury instruction manual support the proposed instruction. Citation to the supporting authority is provided with the proposed instruction. The government further submits the attached proposed verdict form. It is not known whether these are agreed to by the defendant.

     Respectfully submitted,

     CHUCK ROSENBERG
     United States Attorney

By:   /S/
     Erik R. Barnett
     Ronald L. Walutes
     Special Assistant U.S. Attorneys