UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.: 1:06–cr-00273 (CKK)** |
| | : | |
| **DUANE JONES,** | : | **Trial Date: 1/22/07** |
| | : | |
| **Defendant.** | : | |

**SPECIAL VERDICT FORM**

**COUNT 1**

1. With Respect to **Count 1 - Possession with Intent to Distribute Cocaine Base, commonly known as "Crack Cocaine"**:

We, the jury, find the Defendant, **DUANE JONES:**

   **Guilty** _____          **Not Guilty** _____

If your answer for **Count 1 Possession with Intent to Distribute Cocaine Base, commonly known as "Crack Cocaine"** is "Not Guilty," stop here and go to Count 2.

If your answer for **Count 1 Possession with Intent to Distribute Cocaine Base, commonly known as "Crack Cocaine"** is "Guilty," please answer the following question:

With Respect to **Count 1, Possession with Intent to Distribute Cocaine Base, commonly known as "Crack Cocaine"**, mark the total amount you find that the defendant possessed with intent to distribute:

   _____      5 grams or more

   _____      less than 5 grams

## COUNT 2

With Respect to **Count 2-Possession of a Firearm in Furtherance of Drug Trafficking**:

We, the jury, find the Defendant, **DUANE JONES:**

**Guilty** _____        **Not Guilty** _____

## COUNT 3

With Respect to **Count 3-Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**:

We, the jury, find the Defendant, **DUANE JONES:**

**Guilty** _____        **Not Guilty** _____

So say we all this _____ day of January, 2007.

_____
Foreperson