UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DUANE P. JONES,<br><br>Defendant. | Crim. No. 06–273 (CKK) |

**SUPPLEMENTAL ORDER TO THE COURT'S RULING
ON DEFENDANT'S MOTION TO SUPPRESS STATEMENT**
(January 18, 2007)

The Court issues this order to clarify one aspect of its oral ruling issued on January 16, 2007, with respect to Duane Phillip Jones' Motion to Suppress Statement, which the Court denied in its oral ruling. The Court specifically credited the testimony of Deputy Marshal Cyphers that the gun was found in Defendant Jones' waistband after a chase of approximately 100 yards. Defense counsel had argued that it was incredible that the gun would still be in the waistband after a chase covering that distance.

In stating its reasons for crediting the Deputy Marshal on this aspect of his testimony, the Court made a side comment concerning experiences with other cases. This statement was not intended to be one of the bases for the Court's factual findings. As stated in the oral findings, the Court reached its decision based only on the evidence presented in this case. In order to ensure that there is no confusion as to the bases for the Court's ruling, the Court shall strike those side remarks from its findings crediting the Deputy Marshal on this aspect of the case.

The Court reiterates and reaffirms its findings based only on the facts and testimony presented in the hearing on this case: that the Court was persuaded by the observed demeanor of

the Deputy Marshal; that his uncontroverted testimony was truthful; that his testimony was consistent throughout; that he had no motivation to lie and had no bias against the defendant; that there was no evidence that the gun could not remain in the waistband area or that the waistband area could not secure the gun during the chase; that there was no evidence to support a finding that the gun was not located in the waistband area when the defendant was apprehended as opposed to a conclusion that the gun was somehow planted; and for the other reasons stated on the record based on the evidence presented in the hearing.

Accordingly, it is, this 18th day of January, 2007,

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge