UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.: 1:06-cr-00273 (CKK) |
| | : | |
| DUANE JONES, | : | Trial Date: 1/22/07 |
| also known as Chicken Jones | : | |
| | : | |
| Defendant. | : | |

NOTICE OF STIPULATIONS

    COMES NOW the United States of America, by and through its attorneys, CHUCK ROSENBERG, United States Attorney for the Eastern District of Virginia, and Erik R. Barnett and Ronald L. Walutes, Special Assistant United States Attorneys, and the defendant, Duane Jones, by and through his attorney, Shawn Moore, and hereby propose the attached stipulations. All stipulations have been signed, although the signed stipulation concerning the firearm has not yet been delivered to the Government and will be filed with the Court when received.

                                                 Respectfully submitted,

                                                 CHUCK ROSENBERG
                                                 UNITED STATES ATTORNEY

                                                 _____/S/_____
                                                 Erik R. Barnett
                                                 Ronald L. Walutes, Jr.
                                                 Special Assistant United States Attorneys
                                                 2100 Jamieson Avenue
                                                 Alexandria, Virginia 22314
                                                 (703) 299-3826