UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.: 1:06–cr-00273 (CKK) |
| | : | |
| DUANE JONES, | : | Trial Date: 1/22/07 |
| | : | |
| Defendant. | : | |

## STIPULATION

COMES NOW the United States of America, by and through its attorneys, Chuck Rosenberg, United States Attorney and Erik R. Barnett and Ronald L. Walutes, Assistant United States Attorneys, and the defendant, DUANE JONES, and the defendant's counsel, Shawn Moore, and hereby stipulate and agree that prior to August 10, 2006, the defendant, DUANE JONES, had been convicted in a court in the District of Columbia of a crime punishable by imprisonment for a term exceeding one year, as that phrase is used in Title 18, United States Code, Section 922(g)(1).

Respectfully submitted,

CHUCK ROSENBERG
UNITED STATES ATTORNEY

By: _____
Erik R. Barnett
Ronald L. Walutes
Assistant United States Attorneys

DUANE JONES

By: _____
Shawn Moore
Counsel for Defendant

By: _____
Duane Jones
Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Criminal No.: 1:06-cr-00273 (CKK) |
| DUANE JONES, : | Trial Date: 1/22/07 |
| Defendant. : | |

## STIPULATION

The United States of America, by and through its counsel, Chuck Rosenberg, United States Attorney for the Eastern District of Virginia, Erik R. Barnett and Ronald L. Walutes, Assistant United States Attorneys, and the defendant, DUANE JONES, in his own right and through his attorney, Shawn Moore, stipulate that the following exhibits are admissible in evidence and to the following facts:

(1) Government Exhibit 2 is a mixture and substance containing cocaine base, commonly known as crack cocaine, a Schedule II controlled substance. The chain of custody for this exhibit has been properly maintained.

(2) Government Exhibit 2 was submitted to the Drug Enforcement Agency mid-Atlantic laboratory for analysis. At the time it was analyzed at the Drug Enforcement Agency mid-Atlantic laboratory, its net weight was 18.1 grams. Government Exhibit 2A is a laboratory analysis report dated November 2, 2006, and signed by Lanette M. Allison, a Forensic Chemist with the Drug Enforcement Agency mid-Atlantic laboratory. Government Exhibit 2A accurately reflect the results of the chemical analysis conducted on Government Exhibit 2.

(3) Government Exhibit 3 is the curriculum vitae of Lanette Allison, and the parties agree that she was qualified to perform the above laboratory analysis and make the conclusions set forth in Government Exhibit 2A.

Respectfully submitted,

| | |
|---|---|
| CHUCK ROSENBERG<br>UNITED STATES ATTORNEY<br><br>By: _____<br>Erik R. Barnett<br>Ronald L. Walutes<br>Assistant United States Attorneys | DUANE JONES<br><br>By: _____<br>Shawn Moore<br>Counsel for Defendant<br><br>By: _____<br>Duane Jones<br>Defendant |

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No.: 1:06–cr-00273 (CKK) |
| DUANE JONES, | : | Trial Date: 1/22/07 |
| Defendant. | : | |

## STIPULATION

COMES NOW the United States of America, by and through its attorneys, Chuck Rosenberg, United States Attorney and Erik R. Barnett and Ronald L. Walutes, Assistant United States Attorneys, and the defendant, DUANE JONES, and the defendant's counsel, Shawn Moore, and hereby stipulate that Government Exhibit #1 is a firearm as defined in Title 18, United States Code, Section 921(a)(3) and that Government Exhibit #1 and the Ammunition that is Government Exhibit #1B traveled in interstate commerce prior to August 10, 2006 and that these elements are satisfied in this matter. The chain of custody for these exhibits has been properly maintained.

Respectfully submitted,

CHUCK ROSENBERG                                DUANE JONES
UNITED STATES ATTORNEY

By: _____                By: _____
    Erik R. Barnett                                Shawn Moore
    Ronald L. Walutes                              Counsel for Defendant
    Assistant United States Attorneys

                                               By: _____
                                                   Duane Jones
                                                   Defendant