UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff : | |
| : | |
| vs. : | CRIMINAL NO. 06-273 |
| : | Judge Colleen Kollar-Kotelly |
| : | |
| DUANE PHILLIP JONES : | |
| : | |
| Defendant : | |

## ORDER

The probation office shall file its Presentence Report by no later than

<u>APRIL 5, 2007</u>.

The parties shall file its Memorandum in Aid of sentencing by no later than

<u>APRIL 20, 2007</u>   and it is further;

ORDERED that the defendant shall be sentence in Case No. 06-273 and Case No.

99-393 in Courtroom #28A on the Sixth Floor on <u>APRIL 25, 2007 AT 9:00 A.M.</u>

IT IS SO ORDERED,

Date: Jan. 29, 2007

Colleen Kollar-Kotelly
United States District Judge

cc: Chambers          Pretrial           Erik Barnett and Ronald Walutes,
                                         AUSA
    File              Probation          Shawn Moore, AFPD
    Courtroom Clerk