IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) Cr. No. 06-0273 | |
| V. | ) | |
| | ) | |
| DUANE JONES | ) | |

**FILED**

JAN 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## WAIVER OF BENCH RIGHTS

I understand that I have the right to be present at the bench for conferences in this matter. However, because I am being afforded a headset to listen to conferences I give up my right to approach the bench.

_____
Duane Jones
Defendant