UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff(s) | ) |
| vs. | ) CRIMINAL NO. 06-273 (CKK) |
| DUANE P. JONES | ) |
| Defendant(s) | ) |

## NOTE FROM JURY

We would like to see Govt. Exhibit 2, the bag of Narcotics.

DATE: 1/24/06

TIME: 12:30          FOREPERSON _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| Plaintiff(s) | ) |
| | ) CRIMINAL NO. 06-273 (CKK) |
| vs. | ) |
| | ) |
| DUANE P. JONES | ) |
| | ) |
| Defendant(s) | ) |

## NOTE FROM JURY

We have reached a verdict.

DATE: 1-24-07

TIME: 2:45        FOREPERSON