UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No. 06cr273 |
| : | Judge Colleen Kollar-Kotelly |
| DUANE PHILLIP JONES : | |
| Defendant : | **FILED** |
| : | JAN 2 4 2007 |

VERDICT FORM

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1.  As to the charge in Count One of *Unlawful Possession With Intent to Distribute Cocaine Base known as Crack Cocaine*, we, the jury, find the defendant, Duane Phillip Jones:

    ___✓___ Guilty     _____ Not Guilty

    1.A. Has the government proved beyond a reasonable doubt that the cocaine base known as crack cocaine, involved 5 grams or more?

    ___✓___ Yes     _____ No

2.  As to the charge in Count Two of *Possessing a Firearm in Furtherance of a Drug Trafficking Offense*, we, the jury, find the defendant, Duane Phillip Jones:

    ___✓___ Guilty     _____ Not Guilty

Page 2 - Verdict Form

4. As to the charge in Count Three of *Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year*, we, the jury, find the defendant, Duane Phillip Jones:

    a. As to possession of a .45 caliber handgun

        ✓ Guilty         \_\_\_\_\_ Not Guilty

    b. As to possession of ammunition

        ✓ Guilty         \_\_\_\_\_ Not Guilty

1-24-07
Date

_____
JUROR FOREPERSON