**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| **V.** | ) **Cr. No.  06-0273 (CKK)** |
| | ) |
| | ) |
| **DUANE JONES** | ) |

_____

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Undersigned counsel respectfully moves the Court for leave to withdraw as counsel for Mr. Jones in this matter and in Cr. No. 99-303.  As grounds, counsel states as follows:

1.      Counsel was trial counsel for Mr. Jones in this matter.  On or about February 24, 2007, a jury convicted  Mr. Jones on all counts.

2.      Mr. Jones has indicated to counsel that he is dissatisfied with counsel's performance and services in this matter and wishes new counsel.

Accordingly, for the foregoing reasons, undersigned counsel respectfully moves for leave to withdraw as counsel for Mr. Jones in this case.

Respectfully submitted,

A.J. Kramer

Federal Public Defender

By:  _____/s/_____
     Shawn Moore
     Assistant Federal Public Defender

Attorney for Duane Jones
DC Bar # 214171
625 Indiana Avenue, NW #550
Washington, DC 20004
202/208-7500
Fax/208-7515 or 501-3829