IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) Cr. No. 06-0273 (CKK) | |
| V. | ) | |
| | ) | |
| DUANE JONES | ) | |

**FILED**

MAR 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Counsel having moved for leave to withdraw as counsel, and good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED**. This the 26 day of March, 2007.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA