UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____
                                            )           Crim. No. 06-273 (CKK)
                                            )
           versus                           )
                                            )
Duane Jones,                                )
_____Defendant_____)

NOTICE OF ATTORNEY APPEARANCE

The clerk of the Court will please note the entry of my appearance *nunc pro tunc* to April 6, 2007, on behalf of defendant under the Criminal Justice Act.

Respectfully submitted,

NATHAN I. SILVER/#944314
Attorney for Duane Jones

P.O. Box 5757
Bethesda, MD 20824-5757
(301) 229-0189 (fax and voice calls)
email: NISquire@aol.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served via electronic transmission upon the following this 13th day of April 2007: Eric Barnett, Esq., U.S. Attorney's Office for the Eastern District of Virginia, U.S. Courthouse, Alexandria, VA.

_____
*Nathan I. Silver*