UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____
)   Crim. No. 06-273 (CKK)
)
versus )
)
DUANE PHILIP JONES, )
_____Defendant_____ )

**MOTION TO CONTINUE SENTENCING**

  Defendant, through undersigned counsel Nathan I. Silver, II ("counsel") recently appointed by this Court under the Criminal Justice Act, respectfully moves the Court to continue the sentencing in the above-referenced case from April 25, 2007, at 9:00 o'clock a.m. for a period of at least thirty (30) days hence for the reason that follows.

  Counsel for defendant was appointed April 6, 2007, under the Criminal Justice Act. Counsel replaced Shawn Moore, Esq., staff attorney for the Federal Public Defender for the District of Columbia, who represented defendant through trial and verdict. Counsel has met with his client (on Friday, April 13, 2007) and conferred with Mr. Moore about defendant's case. Counsel has spoken with and obtained the presentence investigation report ("PSR") from U.S. Probation Officer Michael Penders. Counsel needs to review the report with his client, determine if there are any material factual inaccuracies, and report his findings to Mr. Penders. Those findings, Mr. Penders advises counsel, are due tomorrow, April 17, 2007. It will not be possible for counsel to complete this assignment this week, because of other professional obligations.

  In speaking with defendant and Mr. Moore, it appears to counsel that he may best serve his client if the sentencing is delayed for a period of roughly thirty days from the

date now set for sentencing. Therefore, defendant moves the Court to continue the sentencing for reasons which promote the interests of justice.

As defendant is held without bond in the instant case, will remain so if the matter is continued, and faces a mandatory period of incarceration of at least ten years, it does not appear that the government would be prejudiced by a continuance. Counsel has called and left a message for Ronald Walutes, Esq., attorney for the government, to advise Mr. Walutes of defendant's plans to seek a continuance and to learn the government's position on it.

A proposed Order is attached.

The defendant moves the Court to grant said relief.

Respectfully submitted,

/s/

NATHAN I. SILVER, II/Bar #944314
Attorney for Defendant Duane Jones
P.O. Box 5757
Bethesda, MD 20824-5757
(301) 229-0189 (voice & fax calls)
email: NISquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served upon Ronald Walutes, Esq., this 16th day of April 2007 via electronic transmission in the ECF system of the U.S. District Court for the District of Columbia.

_____
*Nathan I. Silver*