UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____
                )  Crim. No. 06-273 (CKK)
                )
   versus        )
                )
DUANE PHILIP JONES,     )
_____Defendant_____ )

**ORDER**

It appearing from good cause shown in defendant's Motion to Continue Sentencing and from other evidence before the Court in the record of this case, it shall be and hereby is,

ORDERED, this \_\_\_\_\_ day of April 2007 that defendant's sentencing now scheduled for April 25, 2007 at 9:00 o'clock a.m. is CANCELLED, and it is further

ORDERED, that defendant's sentencing is hereby rescheduled for _____, 2007, at _____ a.m./p.m.

                  _____
                  Colleen Kollar Kotelly
                  United States District Judge

Cc: Nathan I. Silver, Esq.
   PO Box 5757
   Bethesda MD 20824

   Ronald Walutes, Esq.
   2100 Jamieson Ave.
   Alexandria VA 22314

   Michael J. Penders
   United States Probation Office
   E. Barrett Prettyman United States Courthouse
   Washington DC 20001