UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No. **06cr273** |
| : | & Criminal Action No. **99cr393** |
| : | |
| **DUANE PHILIP JONES** : | Judge Colleen Kollar-Kotelly |
| : | |
| Defendant : | |
| : | |

**FILED**

APR 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon consideration of Defendant's unopposed *Motion to Continue Sentencing*, and a telephone conference call with both counsel, the Court shall grant the motion and set a new sentencing schedule.

Accordingly, it is this 23rd day of April, 2007, hereby

**ORDERED** that Defendants *Motion to Continue Sentencing* is GRANTED, and the sentencing date of April 25, 2007 is vacated; it is

**FURTHER ORDERED** that: Objections to the Presentence Report in case number 06cr273 are due by April 27, 2007; the U.S. Probation Department shall finalize and file the pre-sentence report with the Court by May 11, 2007; the parties' Memoranda in Aid of Sentencing shall be filed by no later May 18, 2007; and it is

Page 2 - Sentencing Order, 06cr273

**FURTHER ORDERED** that the Defendant shall be Sentenced on June 5, 2007, at 10:00 a.m. in Courtroom 28A in the Annex in both cases. In case number 99cr393, a Notice of Violation of supervised release is pending based on the conviction in case number 06cr273.

*[signature]*
**JUDGE COLLEEN KOLLAR-KOTELLY**
**United States District Judge**

Copies to:  Courtroom Clerk
Nathan Silver, Esq.
Ronald Walutes, AUSA
Pretrial Services
Michael Penders, U.S. Probation Officer
Ervin D. Bell, Supervisory Probation Officer