UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal Action No.  06cr273 |
| v. | : | Criminal Action No.  99cr393 |
| | : | |
| DUANE PHILIP JONES, | : | Judge Colleen Kollar-Kotelly |
| Defendant. | : | |
| | : | |

APPEARANCE OF GOVERNMENT COUNSEL

The United States hereby submits that Erik Barnett has been detailed to the United States Senate Judiciary Committee and Assistant United States Attorney Ronald L. Walutes, Jr. will assume lead counsel for the United States.

Respectfully submitted,

Chuck Rosenberg
United States Attorney

By:      /s/
Ronald L. Walutes, Jr.
Assistant United States Attorney
D.C. Bar # 415541
Virginia Bar # 26312
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3910

CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing motion was served on this 17th day of May 2007, using the ECF system, which will send a notification of such filing to counsel for the defendant, Nathan I. Silver, Esquire, P.O. Box 5757, Bethesda, Maryland 20824 and to Michael Penders, United States Probation Officer.

                                      _____/s/_____
                                        Ronald L. Walutes, Jr.
                                        Assistant United States Attorney
                                        2100 Jamieson Avenue
                                        Alexandria, Virginia 22314
                                        (703) 299-3910