HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 1 2007

| UNITED STATES OF AMERICA | : Docket No.: <u>06-CR-273</u> |
| --- | --- |
| vs. | : SSN: _____ |
| JONES, Duane Philip | : Disclosure Date: <u>March 21, 2007</u> |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        _____
Prosecuting Attorney                                   Date

#### For the Defendant

(CHECK APPROPRIATE BOX)
(X) There are no material/factual inaccuracies therein. *(There is a list of corrections*
( ) There are material/factual inaccuracies in the PSI report as set forth in the *attached to this*
attachment. *Receipt)*

_____ 4/24/07        _____ 4/24/07
Defendant                     Date                    Defense Counsel              Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>April 04, 2007</u>, to U.S. Probation Officer <u>Michael Penders</u>, telephone number <u>(202) 565-1379</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
       United States Probation Officer

Corrections to PSR – *U.S. v. Duane Jones*, #06-273 (CKK)

1. Defendant's middle name is spelled "Phillip," not "Philip".

2. Defendant was employed from 2004 until July, 2005, at Pel-Bern electrical company. The PSR incorrectly states that his last employment was from "late 1994 until 07/1995. (¶53, "Employment Record," page 11).

3. Defendant had no recorded employment from 1993 until 2004, not 2005. (¶54, "Employment Record," page 11.)

_____
Nathan I. Silver
Attorney for Duane Jones
April 24, 2007