FROM U. S. ATTY OFC                    (WED) 4. 25' 07 13:   T. 13:15/NO. 4864613224 P  2

HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>06-CR-273</u> |
| --- | --- | --- |
| vs. | : | SSN: _____ |
| JONES, Duane Philip | : | Disclosure Date: <u>March 21, 2007</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
(✗) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          4/25/07
Prosecuting Attorney                                      Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____       _____  _____
Defendant                      Date                      Defense Counsel                Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>April 04, 2007</u>, to U.S. Probation Officer **Michael Penders**, telephone number <u>(202) 565-1379</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer

FROM U.S. ATTY OFC                                          (WED) 4.25'07 13:1( )T. 13:15/NO. 4864613224 F  3

**Receipt and Acknowledgment**                    UPDATE                                   Page 2

~~(INDICTED)~~
Murder One While Armed Indicted With
Trial Date Set For September 17, 2007.

Signed by: _____
           (Defendant/Defense Attorney/AUSA)

Date: _____