CO-290
Rev. 3/88

**NOTICE OF APPEAL, CRIMINAL**

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA

vs.

Duane Jones

Criminal No. 06-273 (CKK)

FILED
JUN 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## NOTICE OF APPEAL

**Name and address of appellant**  Duane Jones #273-608
1901 D Street SE
Washington DC 20003

**Name and address of appellant's attorney**  Nathan I. Silver
PO Box 5757
Bethesda, MD 20824-5757

**Offense** (1) 21 USC §841(a)(1) and (b)(1)(B)(iii); (2) 18 USC 924(c)(1)(A)(i); and (3) 18 USC 922(g)(1) and 924(a)(2)

**Concise statement of judgment or order, giving date, and any sentence**
Count 1 above: 135 months / 8 yrs supervised release
Count 2 above: 60 months consecutive to Counts 1 and 3
Count 3 above: 120 months, concurrent with Count 1

**Name of institution where now confined, if not on bail**  D.C. Jail

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

RECEIVED
JUN 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

6-14-07
DATE

APPELLANT

CJA, NO FEE  X
PAID USDC FEE _____
PAID USCA FEE _____

ATTORNEY FOR APPELLANT.

Does counsel wish to appear on appeal? Yes (No)
Has counsel ordered transcripts? Yes (No)
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes (No)