UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**DUANE PHILLIP JONES**<br><br>Defendant. | **Criminal No. 06-273 (CKK)**<br>Civil Action No. 10-1677 (CKK) |

## ORDER

On September 16, 2010, Mr. Duane Phillip Jones filed a Motion to Vacate, Set Aside, or Correct the Sentence pursuant to 28 U.S.C. § 2255. Upon review of the record, the Court concludes that it would benefit from a response by the United States. Accordingly, it is, this \_\_4th\_\_ of October, 2010, hereby

**ORDERED** that the United States shall file a response to Mr. Jones' Motion to Vacate, Set Aside, or Correct the Sentence no later than December 3, 2010.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:

Duane Phillip Jones
#10563-007
FCI Ray Brook
P.O. Box 9005
Ray Brook, NY 12977

Mary Ann Snow
Chief, Special Proceedings Section
United States Attorney's Office
555 Fourth Street, NW
Washington, DC 20001