UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | )   No. 1:06-cr-00273-01 (CKK) |
| | ) |
| **Duane Phillip Jones,** | ) |
| _____ *Defendant* _____ | ) |

NOTICE OF ATTORNEY APPEARANCE

The Clerk will please note the entry of my appearance on defendant's behalf as counsel appointed to represent defendant under the Criminal Justice Act.

Respectfully submitted,
/s/
NATHAN I. SILVER/#944314
Attorney for Duane Phillip Jones
P.O. Box 5757
Bethesda, MD 20824-5757
(301) 229-0189 (voice & fax)
Email: NISquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice has been served this 12th day of November, 2010, via electronic transmission through ECF upon Thomas Anthony Quinn, Esq., Special Proceedings Section, U.S. Attorney's Office, 555 4th Street N.W., Washington, D.C. 20530.

_____/s/_____
*Nathan I. Silver*