UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 06-273 (CKK) |
| ) | |
| DUANE PHILIP JONES ) | |

**FILED**
DEC 07 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ORDER

The matter is before the Court upon the Government's Motion for Enlargement of Time to File its Response to Defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255.

Upon consideration of the Motion, the entire record herein, and for good cause shown, it is hereby

**ORDERED** that the Motion is GRANTED. It is further

**ORDERED** that the United States shall file its response to defendant's Motion by no later than December 17, 2010.

SO ORDERED this __7th__ day of __December__, 2010.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge
(Signed in Chambers)