# EXHIBIT A



**U.S. Department of Justice**

**Drug Enforcement Administration**

## LABORATORY REPORT

TO: Metropolitan Police Department            CASE NUMBER: 109-288

FROM: Mid-Atlantic Laboratory
      Largo, Maryland

| Exh. No. | Lab. No. | Active Drug Ingredient (Established or Common Name) | Gross Weight | Net Weight | Conc. or Purity | Amount of Actual Drug | Reserve Weight |
|---|---|---|---|---|---|---|---|
| 1.01 | KY634 | Cocaine Base | 50.3g | 2.4g | 55% | 1.3g | 1.5g |
| 1.02 | KY634 | Cocaine Base | n/a | 3.1g | 55% | 1.7g | 2.5g |
| 1.03 | KY634 | Cocaine Base | n/a | 12.6g | 50% | 6.3g | 11.8g |

**Remarks:**
Gross weight includes all packaging materials and evidence envelope.

### Certification of Compliance Pursuant to D.C. Code § 48-905.06 (2001)

I attest and certify that I am a trained chemist employed by the United States Department of Justice, Drug Enforcement Administration, that I am charged with an official duty to perform analyses of suspected controlled substances, and that I have legal custody of this report.

All suspected controlled substance containers received by Drug Enforcement Administration chemists bear unique Drug Enforcement Administration laboratory numbers. When I received the container(s) bearing the laboratory number(s) set out above, I inspected the container(s) and verified that a sealed condition existed and then properly analyzed the contents for the presence of controlled substances by methods which are reliable and relevant to the identification of a controlled substance which includes procedures generally accepted in the forensic science community. These methods employed chemical reagents and/or analytical instruments which were free of contamination and were operating properly.

The analyses that I conducted were accomplished while safeguarding the chain of custody of the substances being analyzed. The results of my analyses are accurately set forth on this official report. After I completed my analyses, I placed the original container(s) and contents (except for the substance(s) consumed or those removed for other purposes) into a separate container which I then sealed in such a manner that any tampering would be readily evident. In the case of evidence submitted by the Metropolitan Police for the District of Columbia (MPDC), the officially sealed container bearing the above laboratory number(s) was returned to the evidence vault maintained by the MPDC for proper storage.

Analyzed By: _Lanette M. Allison, Forensic Chemist_            Date: 11/2/2006
(Signature, Printed Name, Title)

Original Signed by:
Laboratory Director                                              Official DEA Seal

Approved By: _James V. Malone, Laboratory Director_             Date: _____
(Signature, Printed Name, Title)

Form LS-05-010 (July 2005)

GOVERNMENT EXHIBIT 1:06cr273 2A

Page 1 of 1





KY 634

**U.S. Department of Justice**
**Drug Enforcement Administration**

Read Instructions on Reverse before completing

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

| 1. HOW OBTAINED (Check) | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|
| ☐ Purchase  ☒ Seizure  ☐ Free Sample  ☐ Lab Seizure  ☐ Money Flashed  ☐ Compliance Sample (Non-Criminal)  ☐ Internal Body Carry  ☐ Other (Specify) | 109-288 | | FELONY |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Washington, DC | 08-10-2006 | Jones, Duane Phillip |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | 7. DATE PREPARED | 8. GROUP NO. |
|---|---|---|---|
| Metropolitan Police Department | ☒ Case No.  OR  ☐ Seizure No. | 08-10-2006 | |

| 9. Exhibit No. | 10. FDIN (8 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | 13. Seized | 14. Submitted | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| 1 | | Crack Cocaine | large clear zip containing (10) yellow zips containing white rock substance | 10 zips | 10 zips | |
| | | Crack Cocaine | large clear zip containing (23) yellow zips containing white rock substance | 23 zips | 23 zips | |
| | | Crack Cocaine | large clear zip containing loose white rock subst. | 1 | 1 | |

51.06

**16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?** ☒ NO (included above)   ☐ YES (if Yes, enter exhibit no. and describe original container fully)

**REMARKS:**

On August 10th 2006, members of the Metropolitan Police Department arrested the above named Defendant for HOMICIDE (Arrest Warrant #2006CRW001978). The listed Defendant was also found to be "PDID CRACK COCAINE While ARMED" The listed item was recovered as evidence in reference to the above listed arrest and was recovered by Officer James Boteler of NSID for processing. A portion of the white rock was field tested yielding a positive color reaction for cocaine base.

1325/69

COC Item #1: Defendant / Sergeant Butch Darling / Officer James Boteler / Officer Ed Gilmore (FT) / Officer James Boteler (HS) (NSID Property Book)

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature and Title) |
|---|---|
| James M Boteler | |

**LABORATORY EVIDENCE RECEIPT REPORT**

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 1 | 8/10/06 | CROSBY, K |
| 22. SEAL  ☐ Broken  ☒ Unbroken | 23. RECEIVED BY (Signature & Date) 8-11-06 | 24. Print or Type NAME and TITLE |

**LABORATORY EVIDENCE RECEIPT REPORT**

**25. ANALYSIS SUMMARY AND REMARKS**

Y99357   SEE ATTACHED   KY 634

| 26. Exhibit No. | 27. Lab No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | KY 634 | RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. | DRUG | |
| | | | | | | | |

| 34. ANALYST (Signature) | 35. TITLE | 36. DATE COMPLETED |
|---|---|---|
| | | |
| 37. APPROVED BY (Signature & Date) | 38. TITLE | 39. LAB. LOCATION |

DEA Form -7
(August 2000)