# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No.: 1:06–cr–00273 (CKK) |
| DUANE JONES, | : Trial Date: 1/22/07 |
| Defendant. | : |

## STIPULATION

The United States of America, by and through its counsel, Chuck Rosenberg, United States Attorney for the Eastern District of Virginia, Erik R. Barnett and Ronald L. Walutes, Assistant United States Attorneys, and the defendant, DUANE JONES, in his own right and through his attorney, Shawn Moore, stipulate that the following exhibits are admissible in evidence and to the following facts:

(1) Government Exhibit 2 is a mixture and substance containing cocaine base, commonly known as crack cocaine, a Schedule II controlled substance. The chain of custody for this exhibit has been properly maintained.

(2) Government Exhibit 2 was submitted to the Drug Enforcement Agency mid-Atlantic laboratory for analysis. At the time it was analyzed at the Drug Enforcement Agency mid-Atlantic laboratory, its net weight was 18.1 grams. Government Exhibit 2A is a laboratory analysis report dated November 2, 2006, and signed by Lanette M. Allison, a Forensic Chemist with the Drug Enforcement Agency mid-Atlantic laboratory. Government Exhibit 2A accurately reflect the results of the chemical analysis conducted on Government Exhibit 2.

(3) Government Exhibit 3 is the curriculum vitae of Lanette Allison, and the parties agree that she was qualified to perform the above laboratory analysis and make the conclusions set forth in Government Exhibit 2A.

GOVT./PLTF.
EXHIBIT 6
CASE# 06-273

Respectfully submitted,

CHUCK ROSENBERG
UNITED STATES ATTORNEY

By: /s/ Erik R. Barnett
Erik R. Barnett
Ronald L. Walutes
Assistant United States Attorneys

DUANE JONES

By: /s/ Shawn Moore
Shawn Moore
Counsel for Defendant

By: /s/ Duane Jones
Duane Jones
Defendant

2