⇨ AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Columbia

FILED

JAN - 5 2011


Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Duane Jones | ) Case No: 1:06cr00273-01 |
| | ) USM No: 10563-007 |
| Date of Previous Judgment: June 11, 2007 | ) Mary Elizabeth Davis |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _137 months_ months is reduced to _120 months as to Count 1 only_.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 26 | Amended Offense Level: | 24 |
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 120 to 137 months | Amended Guideline Range: | 120 to 120 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated _June 21, 2007_ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: _Jan. 5, 2011_

Judge's signature

Effective Date: _____
(if different from order date)

Colleen Kollar-Kotelly, United States District Judge
Printed name and title

(N)