UNITED DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 06-cr-00273 (CKK) |
| v. | ) | Civil No. 10-cv-01677 (CKK) |
| | ) | |
| Duane Phillip Jones,          *defendant.* | ) | |
| | ) | |

NOTICE OF APPEARANCE

THE CLERK WILL PLEASE NOTE the appearance of Nathan I. Silver, II, Esq.,

as attorney of record in defendant's petition for relief under 28 U.S.C. Sec. 2255 *nunc*

*pro tunc* to January 5, 2011, appointed by the Court under the Criminal Justice Act.

Respectfully submitted,

/s/

NATHAN I. SILVER/#944314
Attorney for Duane Philip Jones
P.O. Box 5757
Bethesda, MD 20824-5757
(301) 229-0189 (office)
(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served this
28th day of February, 2011, upon T. Anthony Quinn, Esq., United States Attorney's
Office, 555 4th Street, N.W., Washington, D.C. 20530, by ECF.

/s/

_____
*Nathan I. Silver*